OPINION — AG — THE WILDLIFE CONSERVATION COMMISSION MAY BY RULE ADOPT REASONABLE POLICIES REGULATING THE EMPLOYMENT OF PERSONS RELATED TO PRESENT EMPLOYEES OF THE DEPARTMENT SO LONG AS THE POLICIES ADOPTED DO NOT VIOLATE THE PROHIBITIONS OF THE NEPOTISM LAW. 21 O.S. 1971 481 [21-481] AND 21 O.S. 1971 483 [21-483] CITE: ARTICLE V, SECTION 36, ARTICLE XXVI, SECTION 1, ARTICLE XXVI, SECTION 3 (VICTOR G. HILL)